1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   GARY LaBRANCH,                          No. CIV S-09-0074-CMK-P

12              Petitioner,

13        vs.                                 ORDER

14   CALIFORNIA BOARD OF PRISON
     HEARINGS, et al.,
15
                Respondents.
16   _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition

19   (Doc. 1).  "A petitioner for habeas corpus relief must name the state officer having custody of

20   him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359,

21   360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases.  Because

22   petitioner has not named the appropriate state officer, the petition must be dismissed with leave

23   to amend to name the correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that

24   failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-

25   110.

26   / / /

                                                1

Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

2.     Petitioner shall file an amended petition on the form employed by this court, and which names the proper respondent and states all claims and requests for relief, within 30 days of the date of this order; and

3.     The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.


DATED: March 25, 2009


_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE